

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS
CLERK

301 WEST COMMERCE STREET
SUITE 310
POST OFFICE BOX 704
ABERDEEN, MS 39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

January 11, 2010

CAROLYN JO FREDERICK

V.                                             CASE NO.: 1:09CV297-D-D

ITAWAMBA COUNTY, MISSISSIPPI *and*
KENNETH KNIGHT

**PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

> Itawamba County, Mississippi
> Kenneth Knight

DAVID CREWS, CLERK

By: /s/ Raye Long
Raye Long, Deputy Clerk