IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN JO FREDERICK | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:09CV297-D-D |
| ITAWAMBA COUNTY, MISSISSIPPI, and KENNETH KNIGHT | DEFENDANTS |

**DEFENDANTS ITAWAMBA COUNTY, MISSISSIPPI AND KENNETH KNIGHT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendants, Itawamba County, Mississippi, and Kenneth Knight, by and through counsel, and move the Court for an Order extending the time within which to respond to the Complaint filed by Plaintiff, and in support thereof would show the following:

1. The undersigned requires additional time to respond due to constraints in his schedule.

2. Defendants Itawamba County and Kenneth Knight request this Court to extend the time within which to serve an Answer or other responsive pleading through and including February 24, 2010.

3. Plaintiff's counsel has no objection to the requested extension.

This the 10th day of February, 2010.

                                                  s/Berkley N. Huskison (MSB #9582)
                                                *Attorney for Itawamba County, Mississippi
                                                and Kenneth Knight*

Of Counsel

Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Jim Waide, Esquire
> Waide & Associates, P.A.
> Post Office Box 1357
> Tupelo, MS 38802-1357
> waide@waidelaw.com
> *Attorney for Plaintiff*

  This the 10th day of February, 2010.

                    s/ <u>Berkley N. Huskison</u>