**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CAROLYN JO FREDERICK**                                  **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 1:09CV297-D-D**

**ITAWAMBA COUNTY, MISSISSIPPI,
and KENNETH KNIGHT**                                                **DEFENDANTS**

**ORDER**

This cause came on to be heard on the motion of Defendants, Itawamba County, Mississippi, and Kenneth Knight, for additional time within which to answer or otherwise respond to Plaintiff's Complaint. The Court being advised in the premises finds that the motion is well taken and is therefore sustained.

IT IS, THEREFORE, ORDERED that Defendants, Itawamba County, Mississippi, and Kenneth Knight are granted additional time up to and including the 24th day of February, 2010, within which to serve an Answer or other responsive pleading.

SO ORDERED, this the 16th day of February, 2010.

                                                          /s/ JERRY A. DAVIS_____
                                                          UNITED STATES MAGISTRATE JUDGE