# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| CAROLYN JO FREDERICK | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:09CV297-D-D |
| ITAWAMBA COUNTY, MISSISSIPPI and KENNETH KNIGHT | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KENNETH KNIGHT
201 SOUTH CUMMINGS STREET
FULTON, MS 38843

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JIM WAIDE
WAIDE & ASSOCIATES, P.A.
P.O. BOX 1357
TUPELO, MS 38802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David Crews*
CLERK OF COURT

Date: December 9, 2009

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kenneth Knight__

was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* __Mooresville__
_____ on *(date)* __Jan, 29-2010__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: __1-29-10__

_____
*Server's signature*

__Paul Wilburn__
*Printed name and title*

__45 Tilden Sub Rd, Fulton__
*Server's address*

Additional information regarding attempted service, etc: